# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
RHIYA TRIVEDI

OF COUNSEL
GEORGE WACHTEL
LEAH BUSBY

MEMO ENDORSED

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA 1952-2012

May 9, 2023

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Via ECF

Re: United States v. Sammel Sutton, 7:11-cr-00630KMK-043

Dear Judge Karas:

I write to note that neither the Government nor the Probation Department have made any submission in opposition to Defendant's motion, within the time frame set forth by this Court.

Given this, I would request that this Court grant the motion.

Respectfully submitted,

Ronald L. Kuby

The application for early termination of supervised release is granted.

So Ordered.
5/11/23